■ ERICA DANIELS, Respondent, v FRANCES A. RUMSEY, Appellant, et al., Defendant. (Appeal No. 1.) [974 NYS2d 862]—Ap-

peal from an order of the Supreme Court, Erie County (Gerald J. Whalen, J.), entered May 15, 2012. The order, inter alia, denied that part of the motion of defendant Frances A. Rumsey to compel a physical examination of plaintiff by an orthopedic specialist.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Daniels v Rumsey* ([appeal No. 2] 111 AD3d 1408 [2013]). Present—Scudder, P.J., Fahey, Peradotto, Lindley and Valentino, JJ.